**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**STATE OF WEST VIRGINIA,**

      **Plaintiff,**

  **v.**                               **CIVIL NO. 2:24-CV-32**
                                             **(KLEEH)**

**KELLY S. CRITES,**

      **Defendant.**

<u>**ORDER**</u>

Pursuant to 28 U.S.C. § 1455(b)(5), an evidentiary hearing is **SCHEDULED** for **December 19, 2024**, at **11:00 a.m.**, at the <u>**Clarksburg**</u>, West Virginia, point of holding court.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and any unrepresented parties.

DATED: December 5, 2024

*Tom S Kleeh*
_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA